```
              UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                    CHARLESTON DIVISION
```

**BRYAN MICHAEL BENNETT,**

      **Plaintiff,**

**v.**                                     **Civil Action No. 2:08-0147**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

      **Defendant.**

<u>**MEMORANDUM OPINION AND ORDER**</u>

**The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Mary E. Stanley, entered on February 26, 2009; and the magistrate judge having recommended that the court affirm the final decision of the Commissioner and dismiss this matter from the court's docket; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that:**

      **1.   The findings made in the Proposed Findings and Recommendation of the magistrate judge be, and they hereby are, adopted by the court and incorporated herein;**

      **2.   The decision of the Commissioner be, and it hereby is, affirmed and this action is stricken from the docket.**

**The Clerk is directed to forward copies of this written opinion and order to all counsel of record and the United States Magistrate Judge.**

DATED: March 23, 2009

John T. Copenhaver, Jr.
United States District Judge